# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JULIAN H. VENABLE, SR.,<br>　　　Plaintiff, | Civil Action No. 7:19-cv-00606 |
| v. | **MEMORANDUM OPINION** |
| A. BUCKLEN,<br>　　　Defendant(s), | By: Michael F. Urbanski<br>Chief United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered 9/9/2019, the court directed plaintiff to submit within 20 days from the date of the order a signed and dated complaint. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This __22nd__ day of Octoer, 2019.

　　　　　　　　　　　　　　　　　　　/a/ Michael F. Urbanski
　　　　　　　　　　　　　　　　　　　Chief United States District Judge